Argued and submitted October 21, affirmed November 19, 1997

In the Matter of the Compensation of
Ramona Hamilton, Claimant.

Ramona E. HAMILTON,
*Petitioner,*

*v.*

HILLSIDE MANOR
and Liberty Northwest Insurance Corp.,
*Respondents.*

(WCB No. 95-00721; CA A95936)

948 P2d 730

Dale C. Johnson waived oral argument and filed the brief for petitioner. With him on the brief was Malagon, Moore, Johnson & Jensen.

Alexander D. Libmann argued the cause and filed the brief for respondents.

Before De Muniz, Presiding Judge, and Haselton, Judge, and Richardson, Senior Judge.

PER CURIAM

Affirmed. *Stephenson v. Meyer,* 150 Or App 300, 945 P2d 1114 (1997).